# EXHIBIT B

**AMENDMENT #1 TO MASTER PRODUCT SUPPLY AGREEMENT**

THIS AMENDMENT #1 TO MASTER PRODUCT SUPPLY AGREEMENT (the "Amendment") dated as of the 27th day of August, 2021 is made by and between by and between **FeraDyne Outdoors, LLC** with offices at 1230 Poplar Avenue, Superior, Wisconsin 54889 and **Covert Scouting Cameras, LLC**, with offices at 1451 Bowling Green Rd., Russellville, Kentucky 42276 (collectively, "Customer") and **Armasight Acquisition Corporation**, a Delaware Corporation with offices at 3150 Commercial Avenue, Northbrook, Illinois ("Armasight") and **The Third Bull & Co.,** a Utah Corporation, with offices at 2280 S. Heritage Drive, Nibley, Utah 84321 (collectively, "Company") (Each of Customer and Company shall be referred hereto as a "Party" and together as the "Parties").

WHEREAS, the Parties executed that certain Master Product Supply Agreement as of July 22, 2021 (the "Agreement").

WHEREAS, the parties desire to amend the Agreement as set forth herein.

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

1. Section 5.1 is replaced as follows:

Warranty: Company shall provide a thirty (30) month warranty for the Products from the time of sale ("Product Warranty"). The Product Warranty solely covers manufacturing defects and is not transferrable to End Users. Company will replace all products found to be defective within the thirty (30) month Product Warranty period. Company will coordinate training of Customer's staff related to first line support related to the Product Warranty. Customer shall develop its own warranty ("Consumer Warranty") for transferring to the End User. As used herein, an "End User" is a person or organization that ultimately uses or is intended to ultimately use a Product.

2. The "Delivery" and "Quantity" in Appendix A and delivery dates in the associated Purchase Order are amended as follows:

   a. Working samples are to be provided to Customer by October 15, 2021.

   b. Products shall be delivered in the quantities identified below:

      i. Delivery to Customer on December 31, 2021:
         - 8x42 Binoculars – 100
         - 10x42 Binoculars - 100
         - T3X - 100
         - T2H – 100

ii. Delivery to Customer on March 31, 2022:

- 8x42 Binoculars - 1150
- 10x42 Binoculars - 1150
- T3X - 1567
- T2H – 1567

iii. Delivery to Customer on May 31, 2022:

- 8x42 Binoculars - 625
- 10x42 Binoculars - 625
- T3X - 833
- T2H – 833

iv. Delivery to Customer on August 31, 2022:

- 8x42 Binoculars - 625
- 10x42 Binoculars - 625
- T3X - 833
- T2H – 833

The undersigned has the power and authority to execute this Amendment. Parties agree to be bound by the terms and conditions of the Agreement and this Amendment. Except to the extent of the amended terms, the parties hereby ratify and confirm the terms of the Agreement. All Terms shall have the meanings attributed to them in the Agreement.

IN WITNESS THEREOF, the undersigned have executed this Agreement effective as of the date first above written.

**FeraDyne Outdoors**
By: [signature]
Name: Todd Seyfert
Title: CEO

**Covert Scouting Cameras, LLC**
By: [signature]
Name: Todd Seyfert
Title: CEO

**Armasight Acquisition Corporation**
By: [signature]
Name: Mark Levitin
Title: CEO

**The Third Bull & Co.**
By: [signature]
Name: Mark Levitin
Title: CEO