**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE THIRD BULL & CO., Plaintiff, v. FERADYNE OUTDOORS, LLC, AND COVERT SCOUTING CAMERAS, LLC, Defendants. | ) | Case No. 1:25-cv-00951-GBW |

**STIPULATION TO REOPEN DISCOVERY**
**AND EXTEND CERTAIN SCHEDULING ORDER DEADLINES**

**WHEREAS,** on March 5, 2026, Plaintiff The Third Bull & Co., Inc. ("*Plaintiff*" or *Third Bull*") and Defendants, Feradyne Outdoors, LLC and Covert Scouting Cameras, LLC (collectively, the "*Defendants*") filed their Stipulation to Stay Discovery [DE 38] in order to further discussions of settlement and explore the possibility of mediation;

**WHEREAS,** on March 6, 2026, the Court issued a Stay in this matter;

**WHEREAS,** during the stay in this matter, the Parties were unable to resolve the matter and thus respectfully request that this matter no longer be stayed;

**WHEREAS,** on October 22, 2025, the Court issued a Scheduling Order [DE 32] governing dates and deadlines in this matter;

**WHEREAS,** during the Stay in this matter, the Expert Report deadline for Plaintiff was April 30, 2026, and the Supplemental Disclosure for Rebuttal, and Document Production Cutoff are set for June 19, 2026, and Fact Discovery cutoff is set for June 30, 2026, and the Reply Expert Report deadline and Expert Discovery Cutoff are set for July 20, 2026, and the Case Dispositive Motion deadline is set for August 10, 2026;

**WHEREAS,** the Parties are in agreement to reset certain of the Scheduling Order deadlines without changing the February 2027 Trial Period;

**WHERAS,** after negotiations, the Plaintiff and Defendants have agreed that the Expert Report deadline for Plaintiff, the Supplemental Disclosure for Rebuttal deadline, the Document Production Cutoff, the Fact Discovery cutoff, the Reply Expert Report deadline, the Expert Discovery Cutoff, and the Case Dispositive Motion deadline need to be slightly amended to provide the Parties adequate time to comply with the aforementioned deadlines;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their undersigned counsel below, subject to the approval of the Court, that the Stay in this matter be lifted, and that the aforementioned deadlines be slightly amended as follows:

| EVENT | DATE | AMENDED DATE |
|---|---|---|
| Plaintiff's Expert Report | April 30, 2026 | August 31, 2026 |
| Supplemental Disclosure for Rebuttal | June 19, 2026 | October 19, 2026 |
| Document Production Cutoff | June 19, 2026 | October 19, 2026 |
| Fact Discovery Cutoff | June 30, 2026 | November 2, 2026 |
| Reply Expert Report Deadline | July 20, 2026 | November 20, 2026 |
| Expert Discovery Cutoff | July 20, 2026 | November 20, 2026 |
| Case Dispositive Motion Deadline | August 10, 2026 | December 10, 2026 |

All other deadlines in the Trial Scheduling Order shall remain the same. All descriptions of events remain as noted in the Trial Scheduling Order.

DATE; June, 12, 2026

Respectfully submitted,

| GOLDSTEIN & MCCLINTOCK, LLLP | KLEHR HARRISON HARVEY BRANZBURG LLP |
| --- | --- |
| By: */s/ Aaron R. Harburg*<br>Aaron R. Harburg (Bar No. 7207)<br>501 Silverside Road, Suite 65<br>Wilmington, DE 19809<br>Phone: 302-404-3701<br>E-mail: aaronh@goldmclaw.com | By: */s/ David S. Eagle*<br>David S. Eagle (Bar No. 3387)<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>Phone: 302-552-5508<br>E-mail: DEagle@klehr.com |
| *Counsel to The Third Bull & Co., Inc.* | *Counsel to Feradyne Outdoors, LLC and Covert Scouting Cameras, LLC* |

SO ORDERED, this 15th day of June, 2026

UNITED STATES DISTRICT JUDGE

SO ORDERED, this ___ day of ____________, 20__

______________________________

UNITED STATES DISTRICT JUDGE